UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 17-10500
Marcus A. Alexander, )
) Chapter: 13
) Honorable Deborah L. Thorne
)
)
Debtor(s) )

## ORDER MODIFYING CHAPTER 13 PLAN

THIS MATTER coming to be heard on the motion of the Debtor,

It is hereby ORDERED that:

1) Debtor's Plan is modified under § 1329 of the bankruptcy code to allow Debtor to retain his entire 2020 federal income tax return of $4,588.00.

2) Debtor's requirement to pay $3,388.00 from his refund is waived and the plan base shall not change.

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: July 14, 2021

**Prepared by:**

Michael R. Colter, II ARDC # 6304675
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100